**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LYDIA MIRLA,

                Plaintiff,                          21 **CIVIL** 5709 (KHP)

     -v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 24, 2022, that the Commissioner of Social Security's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including an opportunity for a new hearing and a new decision.

**Dated:**  New York, New York
          July 26, 2022

                                                       **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                           **BY:**            K. Mango
                                                          **Deputy Clerk**